AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**FRANKLIN YASIR MEJIA-MACEDO**
**a/k/a FRANK MAJIA a/k/a FRANK MEJIA**

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 18, 2008,__ in __WASHINGTON__ county, in the District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**knowingly or in reckless disregard of the fact that an alien has come to, entered or remains in the United States in violation of law, did and attempted to transport and move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law;**

**and**

**with entering and attempting to enter the United States at any time or place other than as designated by immigration officers.**

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii), and 1325(a)(1)__

I further state that I am __JASON DUEY__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**Jason S. Duey**
**Special Agent**
**Immigrations and Customs Enforcement (ICE)**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                                        City and State

_____        _____
Name & Title of Judicial Officer           Signature of Judicial Officer

## AFFIDAVIT

I, Jason Scott Duey being duly sworn, depose and state the following:

1. I am a Special Agent with Immigration and Customs Enforcement (ICE), and I have been so employed for approximately eleven years. During this time I have received training and possess relevant experience in investigating crimes committed against the United States. Furthermore, I am assigned to the ICE Charlotte Office of the Assistant Special Agent in Charge, and I investigate federal civil rights crimes to include including alien smuggling, alien harboring, interstate transportation for prostitution, sex trafficking, and involuntary servitude.

2. The information contained in the Affidavit is based upon my personal observations and experience, in addition to information obtained from other law enforcement agents, witnesses and reports.

3. I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

4. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that FRANKLIN YASIR MEJIA-MACEDO (DOB: xxxxxx xx, xxxx) violated Title 8, United States Code, Section 1324(a)(1)(A)(ii), "Unlawful Transportation and Movement of an Alien" and Title 8, United States Code Section 1325(a)(1) "Improper Entry by an Alien."

a. Subsection 1324(a)(1)(A)(ii) makes it an offense for any person who -- knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law.

b. Section 1325(a)(1) makes it an offense for any alien to enter or attempt to enter the United States at any time or place other than as designated by immigration officers.

5. FRANKLIN YASIR MEJIA-MACEDO is an adult male residing at xxxx xxxxxx xxxxxx, xx, xxxxxxxxxx xx xxxxx.

6. On February 1, 2008, law enforcement officers received information from a Source who provided reliable and previously corroborated information to this investigation, that a woman named YANETH MARTINEZ a/k/a Janette Martinez a/k/a Janet Martinez a/k/a Lupita was suspected of prostituting adult and minor females from Mexico and Honduras.

7. YANETH MARTINEZ also repeatedly reported to the Source that she resided at xxxx xxxxxx xxxxxx xx, xxxxxxxxxx xx xxxxx (the "RESIDENCE").

8. YANETH MARTINEZ also told the Source that she co-habitated with her boyfriend, an adult male named FRANKLIN YASIR MEJIA-MACEDO a/k/a FRANKLIN MAJIA a/k/a FRANK MEJIA a/k/a Fran at the RESIDENCE at xxxx xxxxxx xxxxxx xx, xxxxxxxxxx xxxxx.

9. The Source reported that he/she had learned that YANETH MARTINEZ handed out business cards to unknown men on streets in Washington DC, predominantly in Hispanic communities. Those business cards advertised such services as "Hair Cuts for Men Only,"

2

and "Flowers Home Delivery." Based upon my experience in investigating human trafficking, interstate transportation for prostitution, and related offenses, I know that such language is commonly used as code language to advertise prostitution.

10. The business cards included the following names and phone numbers, Lupita - (xxx) xxx-xxxx and Fran (xxx) xxx-xxxx.

11. The Source noted that the number associated with Lupita on those cards ((xxx) xxx xxxx) matched the number that YANETH MARTINEZ had self-reported as her phone number.

12. In one instance, YANETH MARTINEZ was observed writing the telephone number of the Source on one of such business cards in her possession. YANETH MARTINEZ then apparently unwittingly handed out the card with the Source's telephone number, and the Source subsequently received a telephone call from a Spanish-speaking male seeking prostitution services.

13. On February 12, 2008, Immigration and Customs Enforcement agents in Charlotte, North Carolina obtained an arrest warrant for YANETH MARTINEZ for suspected charges of Sex Trafficking in violation of Title 18, United States Code 1591, and Unlawful Transportation and Movement of an Alien, in violation of Title 8, United States Code 1324(a)(1)(A)(ii).

14. On February 18, 2008, Immigration and Customs Enforcement agents executed the arrest warrant for YANETH MARTINEZ in the rear of the RESIDENCE at xxxx xxxxxx xxxxxx xx, xxxxxxxxxx xx xxxxx.

15. Immediately prior to the arrest of YANETH MARTINEZ, agents observed her arriving at the RESIDENCE at xxxx xxxxxx xxxxxx xx, xxxxxxxxxx xx xxxxx, via a Green Toyota Corolla vehicle. Agents observed that YANETH MARTINEZ sat in the back seat of the

vehicle, that FRANKLIN YASIR MEJIA-MACEDO was in the driver's seat and that an adult female, Sara Damary Lagos-Lopez, was in the front passenger seat.

16. Agents also observed a second vehicle, a white van with the Maryland License Plate xxx xxx, parked at the RESIDENCE at xxxx xxxxxx xxxxxx xx, xxxxxxxxxx xx xxxxx. The van had blue writing on back doors, "Transportes Zuleta Tel: xxx-xxx-xxxx Llame Gratis 1-xxx-xxx-xxxx." An official translation of that inscription into English is "Zuleta Transportation Tel: xxx-xxx-xxxx Call Free 1-xxx-xxx-xxxx."

17. YANETH MARTINEZ told agents that she was a native and citizen of Honduras. She admitted that she had been previously deported from the United States at or near McAllen, Texas. She further admitted to illegally re-entering the United States subsequent to her deportation on or about August 25, 2005, at or near Brownsville, Texas. She further explained that she paid an unknown "coyote," or alien smuggler, $1,500 to illegally smuggle her back into the United States at that time.

18. During the arrest of YANETH MARTINEZ, agents also spoke to the adult female Sara Damary Lagos-Lopez, who had been sitting in the front passenger seat of the vehicle. Sara Damary Lagos-Lopez stated that her date of birth is xxxx xx, xxxx, (i.e. age 24) and that she served as a prostitute who shared her earnings with YANETH MARTINEZ. She further admitted that she is a native and citizen of Honduras who is illegally present within the United States.

19. During the arrest, agents spoke briefly to FRANKLIN YASIR MEJIA-MACEDO. During that conversation, FRANKLIN YASIR MEJIA-MACEDO admitted to agents that his name is Franklin Mejia, and that he resides with YANETH MARTINEZ at the RESIDENCE

located at xxxx xxxxxx xxxxxx xx in xxxxxxxxxx xx xxxxx. FRANKLIN YASIR MEJIA-MACEDO further admitted that he is a native and citizen of Honduras who is illegally living in the United States. Computerized indices further reflect that FRANKLIN YASIR MEJIA-MACEDO was not admitted or paroled into the United States after inspection by an immigration officer.

20. Based on the aforementioned facts, your affiant respectfully submits that there is probable cause to believe that FRANKLIN YASIR MEJIA-MACEDO has violated Title 8, United States Code, Section 1324(a)(1)(A)(ii), "Unlawful Transportation and Movement of an Alien" and Title 8, United States Code, Section 1325(a)(1) "Improper Entry by an Alien." In consideration of the foregoing, your affiant respectfully requests that the United States District Court issue an arrest warrant for FRANKLIN YASIR MEJIA-MACEDO.

_____
JASON S. DUEY
SPECIAL AGENT,
IMMIGRATION AND CUSTOMS ENFORCEMENT

Sworn and subscribed before me
this 20th Day of February, 2008

_____
United States Magistrate Judge