AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

FRANKLIN YASIR MEJIA-MACEDO
a/k/a FRANK MAJIA a/k/a FRANK MEJIA
DOB:
PDID:

**WARRANT FOR ARREST**

FILED
FEB 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 08-116-M-01

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Franklin Yasir Mejia-Macedo_____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowing or in reckless disregard of the fact that an alien has come to, entered or remains in the United States in violation of law, did and attempted to transport and move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law; and with entering and attempting to enter the United States at any time or place other than as designated by immigration officers.

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii) and 1325(a)(1)__.

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

FEB 20 2008    District of Columbia
Signature of Issuing Officer                    Date and Location

Bail fixed at $_____    by _____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 02/21/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 02/21/08 | T. Dole DUSM, DDC | [signature] DUSM |